

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2018

No. 04-17-00857-CV

Louis **DAVILA**,
Appellant

v.

Jennifer **DAVILA**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-18750
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by March 7, 2018. Neither the brief nor a motion for extension of time has been filed.

We therefore ORDER appellant to file, on or before **April 2, 2018,** appellant's brief and a written response reasonably explaining (1) the failure to timely file appellant's brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court